IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RECORD OF COURT ORDER                                    PRE-FILING ORDER

AIKEN, Chief Judge:

All filings from litigant CHARLES LEWIS BOBO, individually, SHALL BE REVIEWED BY THIS COURT AND ORDERED FILED ONLY IF SUCH FILINGS ARE DEEMED NOT FRIVOLOUS OR REPETITIVE.

Specifically, the court notes the extensive repetitive, redundant, and frivolous litigation history in the U.S. District Courts for the District of Oregon and the Western District of Washington with over forty pro se lawsuits filed by Mr. Bobo in these courts.

This Pre-Filing Order is effective immediately and shall remain in effect until the court otherwise directs.

IT IS SO ORDERED.

Dated this 12 day of November 2014.

_____
mcShane For   Ann Aiken
United States District Judge

1 - PRE-FILING ORDER